IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

U.S.

vs.

ANGELICA
BAGDASAROVA

Criminal Number:

11-638

### Entry of Appearance

Kindly enter my appearance in the above captioned matter.

Signature: _____

MATTHEW KONCHEL, ESQ.

Address: 1 BUSTLETON PIKE
FEASTERVILLE PA 19053

Phone: (215) 396-9001

Email: MATTHEW.KONCHEL@MKATS.COM

Date: 03/10/2015